IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                      Case No. 2:13-CR-20015

MARY KAY NEWMAN                                                              DEFENDANT

**AMENDED ORDER**

At a hearing held on September 12, 2013, this Court sentenced Defendant Mary Kay Newman to a term of imprisonment of eighteen (18) months. Defendant was ordered to surrender for service of the sentence before 12:00 p.m. on November 13, 2013, at the institution designated by the Bureau of Prisons. Defendant has requested that she be able to report earlier, and the designated facility has informed that it will be able to accommodate Defendant's request.

IT IS THEREFORE ORDERED that the date upon which Defendant Mary Kay Newman is to self report to begin the sentence imposed is changed to Monday, October 7, 2013.

IT IS FURTHER ORDERED that Defendant Mary Kay Newman is to surrender herself at the designated facility by 2:00 p.m. on October 7, 2013.

IT IS SO ORDERED this 26th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE